AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:23-CV-495

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Samsung Electronics Co. LTD through it's entity Samsung Electronics America, Inc. was received by me on *(date)* Oct 30, 2023, 9:00 am.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address

☒ I served the summons on *(name of individual)* Tierica Williams, Intake Specialist, who is authorized to accept service of process on behalf of (name of organization) C.T. Corporation System, registered agent on (date) Mon, Oct 30 2023 at 3:00pm

☐ I returned the summons unexecuted because:

☐ Other: _____

My fees are $ for travel and $ for services, for a total of $

I declare under penalty of perjury that this information is true.

Date: October 30, 2023

_____
Server's signature

Keith Lowery, process server   PSC802, expires 7/31/2024
_____
*Printed name and title*

PO Box 495842, GARLAND, TX 75049
_____
*Server's address*