**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| **PICTIVA DISPLAYS INTERNATIONAL LTD.**<br><br>Plaintiff,<br><br>v.<br><br>**SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC.**<br><br>Defendants. | Civil Action No. 2:23-cv-00495-JRG<br><br>JURY TRIAL DEMANDED |

**JOINT MOTION FOR ENTRY OF AGREED PROTECTIVE ORDER**

Pursuant to the local rules, this Court's Docket Control Order, and Federal Rule of Civil Procedure 26(c), Plaintiff Pictiva Displays International Ltd. and Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. file this Joint Motion for Entry of Agreed Protective Order. A copy of the agreed proposed Protective Order is attached hereto.

The Parties respectfully request that the Court enter the proposed Protective Order filed herewith.

Dated: April 24, 2024

Respectfully submitted,

*/s/ Jason G. Sheasby*
Jason G. Sheasby

Samuel F. Baxter
Texas State Bar No. 01938000
sbaxter@mckoolsmith.com
Jennifer L. Truelove
Texas State Bar No. 24012906
jtruelove@mckoolsmith.com
**MCKOOL SMITH, P.C.**
104 East Houston Street Suite 300
Marshall, TX 75670
Telephone: (903) 923-9000
Facsimile: (903) 923-9099

Jason G. Sheasby (*pro hac vice* requested)
jsheasby@irell.com
Annita Zhong, PhD (*pro hac vice* requested)
hzhong@irell.com
Rebecca Carson (*pro hac vice* requested)
rcarson@irell.com
Philip Warrick
pwarrick@irell.com
Jie Gao (*pro hac vice* requested)
jgao@irell.com

**IRELL & MANELLA LLP**
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067
Tel. (310) 277-1010
Fax (310) 203-7199

***Attorneys for Plaintiff Pictiva Displays International Ltd.***

*/s/* Lance Yang

Melissa R. Smith
Texas State Bar No. 24001351
melissa@gillamsmithlaw.com
**GILLAM & SMITH, LLP**
303 South Washington Avenue
Marshall, Texas 75670
Phone: (903) 934-8450
Fax: (903) 934-9257

D. James Pak (admitted *pro hac vice*)
Lance Yang (admitted in E.D. Tex.)
Patrick Schmidt (admitted *pro hac vice*)
djamespak@quinnemanuel.com
lanceyang@quinnemanuel.com
patrickschmidt@quinnemanuel.com
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
Tel: 213-443-3000
Fax: 213-443-3100

Sean S. Pak (admitted *pro hac vice*)
Melissa J. Baily (admitted in E.D. Tex.)
seanpak@quinnemanuel.com
melissabaily@quinnemanuel.com
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
50 California Street, 22nd Floor
San Francisco, California 94111
Tel: 415-875-6600
Fax: 415-875-6700

***Attorneys for Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc.***

**CERTIFICATE OF CONFERENCE**

The undersigned certifies that the relief requested in this motion is unopposed.

/s/ Jason G. Sheasby
Jason G. Sheasby

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing was served to counsel of record via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this the 24th day of April, 2024.

/s/ Jason G. Sheasby
Jason G. Sheasby