# EXHIBIT C
# Filed Under Seal

## Olga Slobodyanyuk

| | |
|---|---|
| **From:** | Lance Yang |
| **Sent:** | Sunday, June 16, 2024 5:34 PM |
| **To:** | Zhong, Annita; Claire Hausman; Sheasby, Jason; Jennifer Truelove; Sean Pak; #Pictiva-Samsung; Carson, Rebecca; Warrick, Philip; ~Baxter, Samuel |
| **Cc:** | QE-Samsung-Pictiva; ~Smith, Melissa |
| **Subject:** | Re: Pictiva v. Samsung, Case No. 2:23-cv-00495 (SDC subpoena) |

Hi Annita

Yes we will accept service.

Best
Lance

---

**From:** Zhong, Annita <HZhong@irell.com>
**Sent:** Friday, June 14, 2024 4:53:24 PM
**To:** Claire Hausman <clairehausman@quinnemanuel.com>; Sheasby, Jason <JSheasby@irell.com>; Jennifer Truelove <jtruelove@McKoolSmith.com>; Sean Pak <seanpak@quinnemanuel.com>; #Pictiva-Samsung <Pictiva-Samsung@irell.com>; Carson, Rebecca <RCarson@irell.com>; Warrick, Philip <pwarrick@irell.com>; ~Baxter, Samuel <sbaxter@mckoolsmith.com>
**Cc:** QE-Samsung-Pictiva <qe-samsung-pictiva@quinnemanuel.com>; ~Smith, Melissa <melissa@gillamsmithlaw.com>
**Subject:** Pictiva v. Samsung, Case No. 2:23-cv-00495 (SDC subpoena)

**[EXTERNAL EMAIL from hzhong@irell.com]**

---

Counsel,

Please find attached a notice of subpoena to SDC and the subpoena itself. We understand from your letter today that you will accept the service on SDC's behalf.

Regards,

Annita

H. Annita Zhong
Irell & Manella LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067-4276
Telephone: (310) 203-7183
Fax:  (310) 556-5385

---

**From:** Claire Hausman <clairehausman@quinnemanuel.com>
**Sent:** Friday, June 14, 2024 12:22 PM

1