**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| PICTIVA DISPLAYS INTERNATIONAL LTD., | § § § | |
| *Plaintiff*, | § § § | |
| v. | § § | CIVIL ACTION NO.  2:23-CV-00495-JRG |
| SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., | § § § § | |
| *Defendants*. | § § § | |

**ORDER**

Before the Court is Plaintiff Pictiva Displays International, Ltd.'s ("Plaintiff" or "Pictiva") Motion to Find Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. ("Defendants" or "Samsung") in Violation of P.R. 3-4(a) and to Order Complete Compliance ("the Motion"). (Dkt. No. 52.)  In the Motion, Plaintiff requests that the Court order Samsung to comply with P.R. 3-4(a), including ordering Samsung to produce technical documents describing the structures, operations, manufacturing processes, and the materials related to the Accused Instrumentalities' OLED displays. (*Id.* at 1.)

Plaintiff argues that Samsung has access to and is in control of the relevant technical documents, at least a portion of which are documents of Samsung Display (SD), a Samsung division. (*Id.* at 4-6.)  Samsung responds that it has already timely produced thousands of documents responsive to P.R. 3-4(a) but does not have unfettered access to SD's documents. (Dkt. No. 54 at 2, 6.)  Samsung further represents that on June 26, 2024, SD applied for Korean government approval to export relevant documents, as required under the Korean Core Technology Act, and will promptly produce those documents once it receives such approval. (*Id.* at 4.)

Samsung further notes that the close of fact discovery is more than ten months away and substantial completion is six months away.  (*Id.* at 1.)

Having considered the Motion, the Court finds that it should be and hereby is **DENIED** based on Samsung's representation that it is actively seeking approval from the Korean government to produce all relevant SD documents.  However, the Court fully expects Samsung to exercise all reasonable diligence in obtaining approval from the Korean government and thereafter promptly produce all relevant technical documents.  Accordingly, the Court further **ORDERS** Samsung to file a Notice with the Court on or before September 16, 2024 regarding its initial request to the Korean government which provides an update on the approval process and subsequent document production.

**So ORDERED and SIGNED this 30th day of August, 2024.**

_____
RODNEY  GILSTRAP
UNITED STATES DISTRICT JUDGE