**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

|  |  |
|---|---|
| PICTIVA DISPLAYS INTERNATIONAL LTD.<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO. LTD., and SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>Defendants. | Civil Action No. 2:23-cv-00495-JRG<br><br>JURY TRIAL DEMANDED |

**SAMSUNG DEFENDANTS' NOTICE PROVIDING AN UPDATE ON
THE PRODUCTION OF TECHNICAL DOCUMENTS**

Pursuant to the Court's Order (Dkt. 72), Samsung Electronics Co., Ltd and Samsung Electronics America, Inc. ("Defendants" or "Samsung") respectfully submit this Notice which provides an update on the production of technical documents in this case. Pictiva alleges infringement of patents related to OLED displays in Samsung's consumer products (e.g., smartphones and televisions). Samsung does not make the displays and relies on display manufacturers like non-party Samsung Display Co., Ltd. ("SDC"). In response to a subpoena issued by Pictiva, SDC has been collecting technical documents but, under the Korean Core Technology Act, could not begin production until it received approval from the South Korean government's Ministry of Trade, Industry and Energy ("MOTIE").

On August 20, 2024, SDC received approval from MOTIE to produce certain categories of documents relating to its OLED production and process outside of South Korea. Since receiving approval, SDC has made document productions on September 4, 2024 and September 11, 2024.

1

Those productions contained 560 documents totaling 45,542 pages. The produced documents relate to the accused functionality of the displays in the accused products.  More specifically, they describe the specifications and designs of the OLEDs, as well as the layer structures of the OLEDs. Additionally, the produced documents detail the material composition of the layers in the OLEDs, including the chemicals included in the layers of the OLEDs. The produced documents also describe the methods of manufacturing the OLEDs. Additionally, the produced documents describe the operation of the display panels that SDC sold to Samsung since October 2017 and that are contained in the accused products and related to alleged infringement for the accused products. They also identify types of testing SDC performed on OLED display panels related to the accused technology. The types of documents include design reviews, specifications, schematics, manufacturing process descriptions, materials and chemicals descriptions, and test results.

Certain documents SDC has collected contain confidential information of SDC's third-party suppliers that is subject to contractual notice and approval limitations prior to production. SDC is communicating with those third-parties, and SDC will produce those documents as soon as it has satisfied its contractual obligations. SDC is also investigating whether it has additional technical documents responsive to the subpoena, but any such documents will relate to the same categories of information for which documents have already been produced. To the extent additional responsive technical documents are found, SDC will make rolling productions of those documents.

Dated:  September 16, 2024

By: ___/s/ Lance Yang_____

Melissa R. Smith
Texas State Bar No. 24001351
melissa@gillamsmithlaw.com

2

**GILLAM & SMITH, LLP**
303 South Washington Avenue
Marshall, Texas 75670
Phone:  (903) 934-8450
Fax:  (903) 934-9257

D. James Pak (admitted *pro hac vice*)
Lance Yang (admitted in E.D. Tex.)
Patrick Schmidt (admitted *pro hac vice*)
djamespak@quinnemanuel.com
lanceyang@quinnemanuel.com
patrickschmidt@quinnemanuel.com
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
Tel:  213-443-3000
Fax:  213-443-3100

Sean S. Pak (admitted *pro hac vice*)
Melissa J. Baily (admitted in E.D. Tex.)
seanpak@quinnemanuel.com
melissabaily@quinnemanuel.com
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
50 California Street, 22nd Floor
San Francisco, California 94111
Tel:  415-875-6600
Fax:  415-875-6700

John Bash
Texas State Bar No. 24067504
johnbash@quinnemanuel.com
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
300 West 6th Street, Suite 2010
Austin, Texas 78701-3901
Phone:  (737) 667-6100
Fax:  (737) 667-6110

*Attorneys for Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc.*

3

## <u>CERTIFICATE OF SERVICE</u>

Pursuant to the Federal Rules of Civil Procedure and Local Rule CV-5, I hereby certify that, on September 16, 2024, all counsel of record who have appeared in this case are being served with a copy of the foregoing via the Court's CM/ECF system.

Dated:  September 16, 2024                    */s/ Melissa R. Smith*
                                              Melissa R. Smith

4