**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| **PICTIVA DISPLAYS INTERNATIONAL LTD., KEY PATENT INNOVATIONS LIMITED,**<br><br>Plaintiffs,<br><br>v.<br><br>**SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC.,**<br><br>Defendants. | Civil Action No. 2:23-cv-00495-JRG<br><br>JURY TRIAL DEMANDED |

**JOINT MOTION FOR ENTRY OF SUPPLEMENTAL PROTECTIVE ORDER**

Plaintiffs Pictiva Displays International Ltd. and Key Patent Innovations Limited (collectively "Plaintiffs") and Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. (collectively "Defendants") file this Joint Motion for Entry of the attached Supplemental Protective Order to govern production of documents by non-party Battelle Memorial Institute ("Battelle"). Plaintiffs and Defendants agree to the form and content of the proposed order, which was provided by Battelle.

Dated: February 05, 2025

Respectfully submitted,

*/s/ Jeffrey Linxwiler*

Samuel F. Baxter
Texas State Bar No. 01938000
sbaxter@mckoolsmith.com
Jennifer L. Truelove

_______________________________
Texas State Bar No. 24012906
jtruelove@mckoolsmith.com
**MCKOOL SMITH, P.C.**
104 East Houston Street Suite 300
Marshall, TX 75670
Telephone: (903) 923-9000
Facsimile: (903) 923-9099

Jason G. Sheasby (*pro hac vice* requested)
jsheasby@irell.com
Annita Zhong, PhD (*pro hac vice* requested)
hzhong@irell.com
Rebecca Carson (*pro hac vice* requested)
rcarson@irell.com
Philip Warrick
pwarrick@irell.com
Jie Gao (*pro hac vice* requested)
jgao@irell.com

**IRELL & MANELLA LLP**
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067
Tel. (310) 277-1010
Fax (310) 203-7199

***Attorneys for Plaintiff Pictiva Displays International Ltd. and Key Patent Innovations Limited***

*/s/ Lance Yang*

Melissa R. Smith
Texas State Bar No. 24001351
melissa@gillamsmithlaw.com
**GILLAM & SMITH, LLP**
303 South Washington Avenue
Marshall, Texas 75670
Phone: (903) 934-8450
Fax: (903) 934-9257

D. James Pak (admitted *pro hac vice*)
Lance Yang (admitted in E.D. Tex.)
Patrick Schmidt (admitted *pro hac vice*)
djamespak@quinnemanuel.com
lanceyang@quinnemanuel.com
patrickschmidt@quinnemanuel.com
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
Tel: 213-443-3000
Fax: 213-443-3100

Sean S. Pak (admitted *pro hac vice*)
Melissa J. Baily (admitted in E.D. Tex.)
seanpak@quinnemanuel.com
melissabaily@quinnemanuel.com
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
50 California Street, 22nd Floor
San Francisco, California 94111
Tel: 415-875-6600
Fax: 415-875-6700

***Attorneys for Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc.***

**CERTIFICATE OF CONFERENCE**

The undersigned certifies that the relief requested in this motion is unopposed.

*/s/ Lance Yang*
Lance Yang

**CERTIFICATE OF SERVICE**

I hereby certify that, on February 5, 2025, a copy of the foregoing was served to all counsel of record via the Court's ECF system.

*/s/ Lance Yang*
Lance Yang