UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| PICTIVA DISPLAYS INTERNATIONAL LTD., and KEY PATENT INNOVATIONS LTD.,<br><br>Plaintiffs,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO. LTD., and SAMSUNG ELECTRONICS AMERICA LTD.,<br><br>Defendants. | Civil Action No. 2:23-cv-00495-JRG |

**ORDER**

The Court, having considered the Motion for a Protective Order Regarding [redacted] and the supporting documents attached thereto, is of the opinion that said motion should be **GRANTED**.