# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| PICTIVA DISPLAYS INTERNATIONAL LTD, KEY PATENT INNOVATIONS LIMITED,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO. LTD., SAMSUNG ELECTRONICS AMERICA, INC. | § § § § § § § § § § §   CASE NO. 2:23-cv-00495-JRG |

**Final Pretrial Conference**
MAG. JUDGE ROY PAYNE PRESIDING
July 11, 2025

**OPEN:** 9:00 a.m.                                                                 **ADJOURN:** 4:43 p.m.

| | |
|---|---|
| ATTORNEYS FOR PLAINTIFF: | Jason Sheasby, Jie Gao |
| ATTORNEY FOR DEFENDANTS: | Travis Underwood, Melissa Baily, Claire Hausman, Lance Yang, Homin Ban |
| LAW CLERK: | Greg Saltz |
| COURT REPORTER: | Shelly Holmes |
| COURTROOM DEPUTY: | Wendy Asbel |

Court opened. Case called. Jason Sheasby introduced co-counsel and announced ready. Travis Underwood introduced co-counsel and announced ready.

The Court inquired about the status of the Delaware trial conflict for August 14. Jason Sheasby confirmed that the Delaware court was made aware of the setting that Your Honor has announced. The Delaware court has not given any indication other than that the trial will proceed. There are no settlement negotiations ongoing in that trial, and it is unlikely to settle. The Court will make Judge Gilstrap aware.

The Court then asked for an update on the progress of setting mediation with David Folsom. Mr. Sheasby confirmed that mediation has been set for July 22 in Sante Fe, NM. Travis Underwood provided notice that if this case were not to proceed on July 14, due to intervening trials in September, defense counsel would request an October 6 setting. Jason Sheasby responded that he has a non-Marshall conflict with the October 6 trial date.

Next, the Court turned to exhibits. The Court will be going by the bucket lists that were emailed either yesterday or this morning and will see that they are attached to the Minutes for reference.

The Court heard Defendants' objections to the Plaintiff's exhibits. Lance Yang and Claire Hausman argued for Defendants. Jason Sheasby argued for Plaintiff. The Court made rulings.

After the morning and lunch breaks, the parties continued argument on Defendants' objections to the Plaintiff's exhibits.

The parties then argued Plaintiff's objections to Defendants' exhibits. Mr. Sheasby argued for Plaintiff. Melissa Baily argued for Defendants.

The Court then took a brief recess to hear another case.

Following the break, Ms. Baily, Mr. Yang, and Mr. Ban continued argument on Plaintiff's objections to Defendants' exhibits. Mr. Sheasby argued for Plaintiff. The Court made rulings.

The Court asked whether Defendants' Motion for Leave to Supplement the Expert Report of Ray Perryman in Response to Plaintiff's Motion for Leave to Supplement the Expert Report of David Kennedy (Dkt. No. 394) had been resolved. Mr. Sheasby noted that it has not been resolved. The Court directed counsel to confer and see if there is a way to resolve the issue and let chambers know.

The hearing was adjourned.