**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| PICTIVA DISPLAYS INTERNATIONAL LTD, KEY PATENT INNOVATIONS LIMITED,<br>*Plaintiffs*,<br>v.<br>SAMSUNG ELECTRONICS CO. LTD., SAMSUNG ELECTRONICS AMERICA, INC.<br>*Defendant*. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 2:23-cv-00495-JRG-RSP |

**ORDER**

Before the Court is Samsung's Motion for Leave to File a Motion for Summary Judgment of Non-Infringement of U.S. Patent No. 8,723,164. **Dkt. No. 425.** Plaintiffs oppose. Dkt. No. 440. After consideration, the Court **DENIES** the Motion as untimely.

Accordingly, the Court **STRIKES** Dkt. No. 426.

**SIGNED this 24th day of July, 2025.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE