**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| PICTIVA DISPLAYS INTERNATIONAL LTD., KEY PATENT INNOVATIONS LTD.,<br><br>Plaintiffs,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>Defendants. | Civil Action No. 2:23-CV-00495-JRG<br><br>JURY TRIAL DEMANDED |

**PICTIVA'S NOTICE OF NARROWING CLAIMS FOR PURPOSES OF TRIAL**

Pictiva hereby provides this notice of narrowing the number of claims to be presented at trial:

| **Patent** | **Claims** |
|---|---|
| U.S. Patent No. 6,949,389 | 34, 35 |
| U.S. Patent No. 8,723,164 | 1, 5, 6, 9 |
| U.S. Patent No. 8,558,223 | 1, 2, 9 |
| U.S. Patent No. 11,828,425 | 2 |
| U.S. Patent No. 8,314,547 | 1, 8, 12 |

Dated: August 26, 2025

Respectfully submitted,

*/s/ Jason Sheasby*

Samuel F. Baxter
Texas State Bar No. 01938000
sbaxter@mckoolsmith.com
Jennifer L. Truelove
Texas State Bar No. 24012906
jtruelove@mckoolsmith.com
**MCKOOL SMITH, P.C.**
104 East Houston Street Suite 300
Marshall, TX 75670
Telephone: (903) 923-9000
Facsimile: (903) 923-9099

Jason G. Sheasby (*pro hac vice*)
jsheasby@irell.com
Annita Zhong, Ph.D. (*pro hac vice*)
hzhong@irell.com
Rebecca Carson (*pro hac vice*)
rcarson@irell.com
Jie Gao (*pro hac vice*)
jgao@irell.com
Jeffrey Linxwiler (*pro hac vice*)
jlinxwiler@irell.com
Michael W. Tezyan (*pro hac vice*)
mtezyan@irell.com

**IRELL & MANELLA LLP**
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067
Tel. (310) 277-1010
Fax (310) 203-7199

***Attorneys for Plaintiffs Pictiva Displays International Ltd. and Key Patent Innovations Ltd.***

**CERTIFICATE OF SERVICE**

I hereby certify that, on August 26, 2025, a copy of the foregoing was served to all counsel of record.

*/s/ Jason Sheasby*
Jason Sheasby