IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| PICTIVA DISPLAYS INTERNATIONAL LTD. *and* KEY PATENT INNOVATIONS LIMITED,<br><br>*Plaintiffs*,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD. *and* SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>*Defendants*. | § § § § § § § § § § § § § § § | CASE NO. 2:23-CV-00495-JRG-RSP |

## ORDER

Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. (collectively, "Samsung") previously filed a Renewed Rule 12(b)(1) Motion to Dismiss for Lack of Constitutional Standing ("Motion") (Dkt. No. 252.) Magistrate Judge Payne entered a Report and Recommendation (Dkt. No. 473), recommending denial of Samsung's Motion. Samsung has now filed Objections (Dkt. No. 486), with Plaintiffs Pictiva Displays International Ltd. and Key Patent Innovations Limited ("Plaintiffs") filing a Response (Dkt. No. 494.)

After conducting a *de novo* review of the briefing on the Motion, the Report and Recommendation, and the briefing on Samsung's Objections, the Court agrees with the reasoning provided within the Report and Recommendation and concludes that the Objections fail to show that the Report and Recommendation was erroneous. Consequently, the Court **OVERRULES** Samsung's Objections and **ADOPTS** the Report and Recommendation and orders that the Motion (Dkt. No. 252) is **DENIED**.

**So ORDERED and SIGNED this 2nd day of October, 2025.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE