IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| PICTIVA DISPLAYS INTERNATIONAL LTD. *and* KEY PATENT INNOVATIONS LIMITED, | § § § § | |
| *Plaintiffs*, | § § | |
| v. | § § | CASE NO. 2:23-CV-00495-JRG-RSP |
| SAMSUNG ELECTRONICS CO., LTD. *and* SAMSUNG ELECTRONICS AMERICA, INC., | § § § § § | |
| *Defendants*. | § | |

## ORDER

Defendants Samsung Electronics Co. Ltd. and Samsung Electronics America, Inc. ("Samsung") previously filed several case-dispositive motions in the above-captioned case: a Motion for Partial Summary Judgment Regarding Certain Accused Products ("Products Motion") (Dkt. No. 236); a Motion for Summary Judgment of Failure to Mark Under 35 U.S.C. § 287 and No Pre-Notice Damages ("Marking Motion") (Dkt. No. 242); and a Motion for Partial Summary Judgment of No Willful Infringement of Plaintiffs' Asserted Patents ("Willfulness Motion") (Dkt. No. 246.)

Magistrate Judge Payne entered Report and Recommendations ("R&R") on the Products Motion (Dkt. No. 502) recommending grant as to the non-OLED products and denial otherwise, the Marking Motion (Dkt. No. 505) recommending denial, and the Willfulness Motion (Dkt. No. 506) recommending grant as to no pre-suit willful infringement of the '547 and '425 Patents and denial otherwise. To R&R on the Products Motion, Samsung filed Objections (Dkt. No. 509), and so did Plaintiffs (Dkt. No. 510.) To the R&R on the Marking Motion, Samsung filed Objections

(Dkt. No. 523.) To the R&R on the Willfulness Motion, Plaintiffs filed Objections (Dkt. No. 529), and so did Samsung (Dkt. No. 536.)

After conducting a *de novo* review of the briefing on the Products Motion, Marking Motion, and Willfulness Motion, the relevant R&Rs, and the briefing on Samsung and Plaintiffs' Objections, the Court agrees with the reasoning provided within the R&Rs and concludes that the Objections fail to show that the R&Rs were erroneous. Consequently, the Court **OVERRULES** Samsung and Plaintiffs' Objections and **ADOPTS** the R&Rs and orders that: the Products Motion (Dkt. No. 236) is **GRANTED** as to the non-OLED products and is **DENIED** otherwise; the Marking Motion (Dkt. No. 242) is **DENIED**; and the Willfulness Motion (Dkt. No. 246) is **GRANTED** as to no pre-suit willful infringement of the '547 and '425 Patents and is **DENIED** otherwise.

**So ORDERED and SIGNED this 26th day of October, 2025.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE