

**2:23-cv-00495-JRG-RSP**
**Pictiva Displays International Ltd *et al* v Samsung Electronics Co Ltd *et al***
**October 30, 2025 at 8:30 AM**

## Trial -- Day 4

**PLEASE PRINT CLEARLY:**

| ATTORNEY NAME | REPRESENTING |
|---|---|
| Jason Sheasby | Plaintiffs |
| Jennifer Truelove | Plaintiffs |
|  |  |
| Sean Pak | Defendants |
| Gil Gillam | Defendants |
| Patrick Schmidt | Defendants |
| Lance Yang | Defendants |
| Melissa Baily | Defendants |
| Michael Tezyan | Plaintiffs |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

**IF YOUR CLIENTS ARE PRESENT, PLEASE PROVIDE NAME AND/OR COMPANY or RELATIONSHIP:**

| CLIENT NAME | COMPANY or RELATIONSHIP |
|---|---|
| Dr. Angela Quinlan | Plaintiffs |
| John Lavoie | Defendants |
|  |  |
|  |  |
|  |  |
|  |  |