# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| PICTIVA DISPLAYS INTERNATIONAL, LTD., KEY PATENT INNOVATIONS LIMITED,<br><br>*Plaintiffs*,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>*Defendants*. | § § § § § § § § § § § § § § § §   CIVIL ACTION NO. 2:23-CV-00495-JRG |

# **VERDICT FORM**

In answering the following questions and completing this Verdict Form, you are to follow all the instructions that I have given you in the Court's Final Jury Instructions. Your answers to each question must be unanimous. Some of the questions contain legal terms that are defined and explained in detail in the Final Jury Instructions. You should refer to and consider the Final Jury Instructions as you answer the questions in this Verdict Form.

As used in this Verdict Form, the following terms have the following meanings:

- **"Plaintiff"** or **"Pictiva"** refers to Plaintiffs Pictiva Displays International Ltd. and Key Patent Innovations Limited.

- **"Defendant"** or **"Samsung"** refers to Defendants Samsung Electronics Co., Ltd., and Samsung Electronics America, Inc.

- The **"'389 Patent"** refers to U.S. Patent No. 6,949,389.

- The **"'547 Patent"** refers to U.S. Patent No. 8,314,547.

- The **"'223 Patent"** refers to U.S. Patent No. 8,558,223.

- The **"'164 Patent"** refers to U.S. Patent No. 8,723,164.

- The **"'425 Patent"** refers to U.S. Patent No. 11,828,425.

- The **"Asserted Patents"** refers collectively to the five above-enumerated patents.

- The **"Asserted Claims"** refers to:
    - Claims 34 and 35 of the '389 Patent;
    - Claims 1 and 8 of the '547 Patent;
    - Claims 1, 2, and 9 of the '223 Patent;
    - Claims 1, 5, 6, and 9 of the '164 Patent; and
    - Claim 2 of the '425 Patent.

## **IT IS VERY IMPORTANT THAT YOU FOLLOW THE INSTRUCTIONS PROVIDED IN THIS VERDICT FORM**

## **READ THEM CAREFULLY AND ENSURE THAT YOUR VERDICT COMPLIES WITH THEM**

## QUESTION NO. 1

Did Pictiva prove by a preponderance of the evidence that Samsung infringed the following Asserted Claims?

For each claim below, please answer "Yes" or "No."

### The '389 Patent

| | | |
|---|---|---|
| Claim 34 | Yes: ____ | No: ✓ |
| Claim 35 | Yes: ____ | No: ✓ |

### The '547 Patent

| | | |
|---|---|---|
| Claim 1 | Yes: ✓ | No: ____ |
| Claim 8 | Yes: ✓ | No: ____ |

### The '223 Patent

| | | |
|---|---|---|
| Claim 1 | Yes: ____ | No: ✓ |
| Claim 2 | Yes: ____ | No: ✓ |
| Claim 9 | Yes: ____ | No: ✓ |

### The '164 Patent

| | | |
|---|---|---|
| Claim 1 | Yes: ____ | No: ✓ |
| Claim 5 | Yes: ____ | No: ✓ |
| Claim 6 | Yes: ____ | No: ✓ |
| Claim 9 | Yes: ____ | No: ✓ |

### The '425 Patent

| | | |
|---|---|---|
| Claim 2 | Yes: ✓ | No: ____ |

**YOU SHOULD ONLY ANSWER QUESTION NO. 2 AS TO ANY ASSERTED CLAIM THAT YOU HAVE FOUND TO BE INFRINGED ("YES" IN QUESTION NO. 1).**

**DO NOT ANSWER QUESTION NO. 2 AS TO ANY CLAIM THAT YOU HAVE NOT FOUND TO BE INFRINGED ("NO" IN QUESTION NO. 1).**

**IF YOU ANSWERED "NO" TO ALL OF THE CLAIMS IN QUESTION NO. 1, THEN DO NOT ANSWER QUESTION NO. 2 OR ANY OTHER QUESTIONS AND PROCEED DIRECTLY TO THE FINAL PAGE OF THE VERDICT FORM.**

## QUESTION NO. 2

Did Samsung prove by clear and convincing evidence that any of the following Asserted Claims are invalid?

For each claim below, please answer "Yes" or "No."

### The '389 Patent

Claim 34                    Yes: ____    No: ____

Claim 35                    Yes: ____    No: ____

### The '547 Patent

Claim 1                     Yes: ____    No: ✓

Claim 8                     Yes: ____    No: ✓

### The '223 Patent

Claim 1                     Yes: ____    No: ____

Claim 2                     Yes: ____    No: ____

Claim 9                     Yes: ____    No: ____

### The '164 Patent

Claim 1                     Yes: ____    No: ____

Claim 5                     Yes: ____    No: ____

Claim 6                     Yes: ____    No: ____

Claim 9                     Yes: ____    No: ____

### The '425 Patent

Claim 2                     Yes: ____    No: ✓

ANSWER QUESTION NO. 3 <u>ONLY</u> AS TO ANY CLAIM FOR WHICH YOU HAVE FOUND THAT CLAIM TO BE <u>BOTH</u> INFRINGED ("YES" IN QUESTION NO. 1) <u>AND</u> NOT INVALID ("NO" IN QUESTION NO. 2).

THIS MEANS THAT YOU SHOULD ONLY ANSWER QUESTION NO. 3 IF YOU ANSWERED "NO" TO AT LEAST ONE CLAIM IN QUESTION NO. 2.

IF YOU DID NOT ANSWER "NO" TO AT LEAST ONE CLAIM IN QUESTION NO. 2, THEN DO NOT ANSWER QUESTION NO. 3 OR ANY OTHER QUESTIONS AND PROCEED DIRECTLY TO THE FINAL PAGE OF THE VERDICT FORM.

### QUESTION NO. 3

Did Pictiva prove by a preponderance of the evidence that Samsung's infringement was **willful**?

Yes: __✓__   **OR**   No: _____

**ANSWER QUESTION NO. 4 <u>ONLY</u> AS TO ANY ASSERTED PATENT FOR WHICH AT LEAST ONE CLAIM HAS BEEN FOUND <u>BOTH</u> INFRINGED ("YES" IN QUESTION NO. 1) <u>AND</u> NOT INVALID ("NO" IN QUESTION NO. 2).**

**IF YOU DID NOT ANSWER QUESTION NO. 3, THEN DO NOT ANSWER QUESTION NO. 4 OR ANY OTHER QUESTIONS AND PROCEED DIRECTLY TO THE FINAL PAGE OF THE VERDICT FORM.**

### QUESTION NO. 4A

What sum of money, if paid now in cash, has Pictiva proven by a preponderance of the evidence would compensate it for its damages resulting from Samsung's infringement of the '547 Patent?

Answer in United States Dollars and Cents, if any:

$ _98.8 million_

### QUESTION NO. 4B

What sum of money, if paid now in cash, has Pictiva proven by a preponderance of the evidence would compensate it for its damages resulting from Samsung's infringement of the '223 Patent?

Answer in United States Dollars and Cents, if any:

$ _____

8

## QUESTION NO. 4C

What sum of money, if paid now in cash, has Pictiva proven by a preponderance of the evidence would compensate it for its damages resulting from Samsung's infringement of the '164 Patent?

Answer in United States Dollars and Cents, if any:

$ _____

## QUESTION NO. 4D

What sum of money, if paid now in cash, has Pictiva proven by a preponderance of the evidence would compensate it for its damages resulting from Samsung's infringement of the '425 Patent?

Answer in United States Dollars and Cents, if any:

$ _92.6 million_____

**ANSWER QUESTION NO. 5 ONLY AS TO ANY ASSERTED PATENTS FOR WHICH YOU AWARDED DAMAGES IN QUESTION NO. 4A, 4B, 4C, OR 4D.**

**IF YOU DID NOT ANSWER ANY PORTION OF QUESTION NO. 4, THEN DO NOT ANSWER QUESTION NO. 5 AND PROCEED DIRECTLY TO THE FINAL PAGE OF THE VERDICT FORM.**

## QUESTION NO. 5

Is the total amount of the reasonable royalty damages that you found in Question No. 4 above a running royalty or a lump sum royalty?

For each patent below, please check either "Running Royalty" or "Lump Sum Royalty."

'547 Patent:    Running Royalty: \_\_\_\_    OR    Lump Sum Royalty: ✓

'223 Patent:    Running Royalty: \_\_\_\_    OR    Lump Sum Royalty: \_\_\_\_

'164 Patent:    Running Royalty: \_\_\_\_    OR    Lump Sum Royalty: \_\_\_\_

'425 Patent:    Running Royalty: \_\_\_\_    OR    Lump Sum Royalty: ✓

## **FINAL PAGE OF THE JURY VERDICT FORM**

You have now reached the end of the Verdict Form and you should review it to ensure it accurately reflects your unanimous determinations. The Jury Foreperson should then sign and date the Verdict Form in the spaces below. Once this is done, notify the Court Security Officer that you have reached a verdict. The Jury Foreperson should keep the Verdict Form and bring it when the jury is brought back into the courtroom.

Signed this __3__ day of __November__, 2025.

_____
Jury Foreperson