# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| PICTIVA DISPLAYS INTERNATIONAL LTD., *et al* <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., *et al* | § <br> § <br> § <br> §   Case No. 2:23-cv-00495-JRG-RSP <br> § <br> § <br> § |

**MINUTES FOR JURY TRIAL DAY NO. 6**
**HELD BEFORE U. S. DISTRICT JUDGE RODNEY GILSTRAP**
**November 3, 2025**

**OPEN:** 08:32 AM                                                                                      **ADJOURN:** 11:01 AM

ATTORNEYS FOR PLAINTIFFS:            See attached

ATTORNEYS FOR DEFENDANTS:            See attached.

LAW CLERKS:                                              Braden Anderson
                                                                     Richard "Chipper" Adams
                                                                     Tariq Ausaf

COURT REPORTER:                                 Shawn McRoberts, RMR, CRR

COURTROOM DEPUTY:                          Andrea Brunson, CP

| TIME | MINUTE ENTRY |
|---|---|
| 08:32 AM | Court reconvened. |
| 08:33 AM | Court informed counsel of a Jury note received by the Court on Friday evening before the Jury recessed for the weekend. |
| 08:36 AM | Discussion with counsel. |
| 08:37 AM | Court instructed CSO to hand-deliver response to Jury. |
| 08:37 AM | Court noted the recent filing of Dkt. Nos. 576 and 575 and heard argument thereon. |
| 08:43 AM | Court DENIED Dkt. No. 576. |
| 09:00 AM | Court DENIED Dkt. No. 575. |
| 09:00 AM | Recess. |
| 10:46 AM | Court reconvened. |
| 10:47 AM | Court informed counsel of a Jury note received by the Court. |
| 10:47 AM | Jury entered the courtroom. |
| 10:50 AM | Court read the verdict into the record. |
| 10:56 AM | Jurors polled representing a unanimous verdict. |
| 11:01 AM | Jurors released and excused by the Court. |

| TIME | MINUTE ENTRY |
|---|---|
| 11:01 AM | Court adjourned. |