**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| **PICTIVA DISPLAYS INTERNATIONAL LTD., KEY PATENT INNOVATIONS LIMITED,** *Plaintiffs*, | Civil Action No. 2:23-cv-00495-JRG (LEAD CASE) |
| v. | |
| **SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC.** | JURY TRIAL DEMANDED |
| *Defendants*. | |

**UNOPPOSED MOTION TO WITHDRAW AS ATTORNEYS**

Pursuant to Local Rule CV-11(c), Defendants Samsung Electronics Co., Ltd. ("SEC") and Samsung Electronics America, Inc. ("SEA") (together, "Samsung") file this Unopposed Motion to Withdraw Counsel (the "Motion"). In support of this Motion, Samsung shows the Court the following:

1. Gavin Kenneth Snyder and Derek Huish, having appeared in the above-captioned case on behalf of Samsung, will no longer be working on this case as counsel for Samsung.

2. Messrs. Snyder and Huish were previously admitted to represent Samsung as an associate of the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, counsel of record for Samsung. Messrs. Snyder and Huish have departed from Quinn Emanuel Urquhart & Sullivan, LLP.

3. Samsung will continue to be represented by Quinn Emanuel Urquhart & Sullivan LLP and Gillam & Smith LLP.

4. The withdrawal of Messrs. Snyder and Huish will not delay the proceedings in this matter.

5. Counsel for Samsung have conferred with Plaintiffs on the issue and Plaintiffs have no objections to the withdrawal of Messrs. Snyder and Huish .

6. Accordingly, it is hereby requested that the Court remove Messrs. Snyder and Huish's names and e-mail addresses from the service list that is on file with the Court in this action and that Lance Yang serve as the primary service person for electronic filings made with the Court.

Dated: January 27, 2026,

By: *\/s/ Lance Yang*

Melissa R. Smith
Texas State Bar No. 24001351
melissa@gillamsmithlaw.com
**GILLAM & SMITH, LLP**
303 South Washington Avenue
Marshall, Texas 75670
Phone: (903) 934-8450

Fax: (903) 934-9257

D. James Pak (admitted *pro hac vice*)
Lance Yang (admitted in E.D. Tex.)
Patrick Schmidt (admitted *pro hac vice*)
djamespak@quinnemanuel.com
lanceyang@quinnemanuel.com
patrickschmidt@quinnemanuel.com
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
Tel: 213-443-3000
Fax: 213-443-3100

Sean S. Pak (admitted *pro hac vice*)
Melissa J. Baily (admitted in E.D. Tex.)
seanpak@quinnemanuel.com
melissabaily@quinnemanuel.com
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
50 California Street, 22nd Floor
San Francisco, California 94111
Tel: 415-875-6600
Fax: 415-875-6700

John Bash
Texas State Bar No. 24067504
johnbash@quinnemanuel.com
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
300 West 6th Street, Suite 2010
Austin, Texas 78701-3901
Phone: (737) 667-6100
Fax: (737) 667-6110

***Attorneys for Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc.***

**CERTIFICATE OF SERVICE**

Pursuant to the Federal Rules of Civil Procedure and Local Rule CV-5, I hereby certify that, on January 27, 2026, all counsel of record who have appeared in this action are being served with a copy of the foregoing via the Court's CM/ECF system.

Dated: January 27, 2026,

By: *_/s/ Lance Yang_*
Lance Yang

**CERTIFICATE OF CONFERENCE**

The undersigned hereby certifies that the parties have complied with the meet and confer requirement of Local Rule CV-7(h), and this motion is unopposed.

Dated: January 27, 2026,

By: *_/s/ Lance Yang_*
Lance Yang