**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| **PICTIVA DISPLAYS INTERNATIONAL LTD., KEY PATENT INNOVATIONS LTD.**<br><br>Plaintiffs,<br><br>v.<br><br>**SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC.**<br><br>Defendants. | ) | Civil Action No. 2:23-cv-00495-JRG<br><br>JURY TRIAL DEMANDED |

**PLAINTIFFS PICTIVA DISPLAYS INTERNATIONAL LTD.'S AND KEY PATENT INNOVATIONS LTD.S' UNOPPOSED MOTION TO WITHDRAW DKTS. 615 AND 616 WITH RESPECT TO THE '164 PATENT**

Plaintiffs Pictiva Displays International Ltd. and Key Patent Innovations Ltd. (together, "Pictiva") hereby respectfully move the Court to withdraw portions of Pictiva's Motion for a New Trial on the '389, '223, and '164 Patents (Dkt. 615) (hereinafter, "Motion for a New Trial") and Rule 50(b) Renewed Motion for Judgment as a Matter of Law of Infringement of the '389, '164, and '223 Patents (Dkt. 616) (hereinafter, "JMOL") pertaining to the '164 Patent. Samsung does not oppose this motion.

Pictiva filed its Motion for a New Trial and JMOL on December 10, 2025. On January 22, 2026, the Patent Trial and Appeal Board issued a Final Written Decision in IPR2024-01093 finding all claims of the '164 Patent to be unpatentable. Ex. 1. Pictiva filed a Notice of Appeal with the United States Court of Appeals for the Federal Circuit ("the Federal Circuit") on March 26, 2026. Ex. 2. On

July 2, 2026, the parties filed a Joint Stipulation of Voluntary Dismissal (Ex. 3), and subsequently on July 7, 2026, the Federal Circuit issued an order dismissing Pictiva's appeal. Ex. 4.

Because the asserted claims of the '164 Patent are no longer at issue in this case, Pictiva respectfully requests that the Court withdraw portions of Pictiva's motions Dkts. 615 and 616 with respect to the '164 Patent.

Dated: July 16, 2026

Respectfully submitted,

*/s/ Jennifer L. Truelove*
Jennifer L. Truelove

Samuel F. Baxter
Texas State Bar No. 01938000
sbaxter@mckoolsmith.com
Jennifer L. Truelove
Texas State Bar No. 24012906
jtruelove@mckoolsmith.com
**MCKOOL SMITH, P.C.**
104 East Houston Street Suite 300
Marshall, TX 75670
Telephone: (903) 923-9000
Facsimile: (903) 923-9099

Jason G. Sheasby (*pro hac vice*)
jsheasby@irell.com
Rebecca Carson (*pro hac vice*)
rcarson@irell.com
Annita Zhong, PhD (*pro hac vice*)
hzhong@irell.com
Jie Gao (*pro hac vice*)
jgao@irell.com
Jeffrey Linxwiler (*pro hac vice*)
jlinxwiler@irell.com
Michael Tezyan (*pro hac vice*)
mtezyan@irell.com

**IRELL & MANELLA LLP**
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067
Tel. (310) 277-1010
Fax (310) 203-7199

***Attorneys for Plaintiffs Pictiva Displays International Ltd. and Key Patent Innovations Ltd.***

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on July 16, 2026, a copy of the foregoing was served to all counsel of record via the Court's ECF system.

/s/ *Jennifer L. Truelove*
Jennifer L. Truelove

**CERTIFICATE OF CONFERENCE**

I hereby certify that counsel for Plaintiffs and counsel for Defendants conferred on the above referenced motion on July 14, 2026. Defendants do not oppose this motion.

/s/ *Jennifer L. Truelove*
Jennifer L. Truelove