**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| PICTIVA DISPLAYS INTERNATIONAL LTD. *and* KEY PATENT INNOVATIONS LIMITED, | § § § | |
| *Plaintiffs*, | § § | |
| v. | § § | CASE NO. 2:23-CV-00495-JRG-RSP |
| SAMSUNG ELECTRONICS CO., LTD. *and* SAMSUNG ELECTRONICS AMERICA, INC., | § § § § | |
| *Defendants*. | § | |

**ORDER**

Before the Court is the Joint Motion and Stipulation of Dismissal (the "Stipulation") filed by Plaintiffs Pictiva Displays International Ltd. and Key Patent Innovations Limited ("Plaintiffs") and Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. ("Defendant") (collectively, the "Parties"). (Dkt. No. 667). In the Stipulation, the Parties jointly move to dismiss all claims in this action with prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure. (*Id.* at 1).

Having considered the Stipulation, the Court **ACCEPTS AND ACKNOWLEDGES** that Plaintiffs' claims against Defendants, and Defendants' counterclaims against Plaintiffs, in the above-captioned case are **DISMISSED WITH PREJUDICE**. Each party shall bear its own costs and fees. All pending requests for relief in the above-captioned case between Plaintiff and Defendant not explicitly granted herein are **DENIED AS MOOT**. The Clerk of Court is directed to **CLOSE** the above-captioned case as no parties or claims remain.

**So Ordered this**

**Nov 2, 2026**

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE